■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BILLY DAVIS, Appellant. [998 NYS2d 129]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Rena K. Uviller, J., at plea; Eduardo Padro, J., at sentencing), rendered on or about December 12, 2012, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Friedman, Acosta, Saxe and Kapnick, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN VASQUEZ, Appellant. [997 NYS2d 901]—

Judgment of resentence, Supreme Court, New York County (Richard D. Carruthers, J.), rendered October 19, 2011, as amended October 26, 2011, resentencing defendant to a term of 12 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]), and we do not find the term imposed to be excessive. Concur—Tom, J.P., Friedman, Acosta, Saxe and Kapnick, JJ.